JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ALBERTO FLORES, | Case No. SACV 08-01462 SGL (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN M.S. EVANS, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is summarily dismissed with prejudice for the reasons set forth in the Memorandum and Order.

Dated: February 25, 2009

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE